UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
OSCAR ARTURO CONDE CHACON,

                                Petitioner,                  JUDGMENT

    v.                                              26 CV 631 (DG)


KENNETH GENALO, *NYC Director, Enforcement & Removal Operations, U.S. Immigration and Customs Enforcement;* TODD M. LYONS, *Acting Director, U.S. Immigration and Customs Enforcement;* KRISTI NOEM, *Secretary of the U.S. Department of Homeland Security;* PAMELA BONDI, *Attorney General of the United States*


                                Defendants.
----------------------------------------------------------------X

A Memorandum and Order of the Honorable Diane Gujarati, United States District Court, having been filed on March 10, 2026, dismissing this action, without prejudice, for failure to prosecute and to comply with Court orders; it is

ORDERED and ADJUDGED that this action is dismissed, without prejudice, for failure to prosecute and to comply with Court orders.


Dated: Brooklyn, New York                            Brenna B. Mahoney
       March 11, 2026                              Clerk of Court

                                             By: /s/ Christina Frunzi
                                           Deputy Clerk